## STATEMENT OF FACTS

The following event occurred on December 11, 2025, at approximately 1:38 a.m. in PSA #502. Officer Jose Hernandez was on patrol in full uniform, driving a marked scout car and using call sign 5OT32M. Officer Hernandez observed a White Ford Explorer bearing Virginia tag SZH-6318 stopped on the curb on the opposite side of the road facing northbound in the southbound lane. Officer Hernandez then approached the vehicle from the passenger side to make contact with Markus Ham ("**HAM**"), who was in a deep state of sleep behind the wheel of the vehicle. Officers then approached the vehicle from the driver side and noticed **HAM** had a handgun between his legs. Officers then asked for additional units to assist and for the ballistic shield to be brought to the scene.

Once the assisting officers were on scene with the ballistic shield, the officers approached the vehicle and noticed that **HAM** was still asleep. At that time, Sergeant Gould went to the driver's window and reached into the vehicle and between **HAM**'s legs to retrieve and secure the firearm. Once the handgun was secured, officers were able to open the door and placed **HAM** in handcuffs. **HAM** was identified by a Maryland Driver License as Markus Ham.

Once **HAM** was in custody, a search of his vehicle was conducted. Ammunition was found in the center console between the driver and passenger seats. Specifically, **HAM** had eleven (11) rounds in a clear plastic bag that was recovered and placed on the 5th District Evidence Book.

At the time of the recovery, the firearm was identified as a Ghost Gun Semi-automatic Polymer 80 pistol Model PF94DC with one (1) round of live ammunition in the chamber and fourteen (14) rounds of live ammunition inside the magazine that had a capacity for fifteen (15) rounds. The largest capacity magazine that is illegal in the District of Columbia is ten (10) rounds.

At the time of recovery, the firearm appeared to be fully functional, designed to expel a projectile by means of an explosive action, had a barrel length of less than twelve inches, and was capable of being fired by the use of a single hand.

It should also be noted that there are no firearms or ammunition manufacturers in the District of Columbia and therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

RTTC Officer Joyce confirmed that the Ghost Gun was not registered in the District of Columbia, and a gun registration query for the Ghost Gun could not be done. A Request for Certificate – No registration and/or License to Carry Form was submitted to check for a valid firearm registration or a conceal carry license. Results from that query revealed **HAM** was not in the D.C. gun registry. A law enforcement query confirmed that the firearm was not registered in the District and that **HAM** did not have a concealed carry permit.

A review of **HAM's** criminal history revealed that **HAM** was convicted of Aggravated Assault in 2002 (case no. 2001 FEL 006159), Unlawful Possession of a Firearm in 2013 (case no. 2012 CF2 020993), and Attempted Possession with the Intent to Distribute PCP in 2019 (case no. 2017 CF2 018549), all in the Superior Court in Washington, D.C. Therefore, at the time **HAM**

possessed the firearm and ammunition, he had been convicted of a crime punishable by imprisonment for a term exceeding one year and had knowledge of that fact.

      As such, your affiant submits that probable cause exists to charge **HAM** with violations of **18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)** and **22 D.C. Code § 4503(a)(1), (b)(1) (Unlawful Possession of a Firearm (Crime of Violence))**.

                                                     _____
                                                   Officer Abdellah Hssain
                                                   Metropolitan Police Department

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone, this 12th day of December 2025.

                                                   _____
                                                 HONORABLE MOXILA A. UPADHYAYA
                                                 UNITED STATES MAGISTRATE JUDGE